Steven DELGADO, Petitioner–Appellee,

v.

Bert RICE, Warden; Attorney General
of the State of California,
Respondents–Appellants.

No. 99–56781.

DC No. CV 96–372 AHS.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 14, 2000.

Submission Vacated Sept. 20, 2000.

Decided Nov. 30, 2001.

Before T.G. NELSON, TASHIMA, and
SILVERMAN, Circuit Judges.

### ORDER

Petitioner–Appellee's motion to dismiss
appeal is granted, and this appeal is dismissed as moot.